1

2

3

4

5

6   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
7   AT SEATTLE

8   HASSIE MEGRAVE,

9                          Plaintiff,        Case No. C19-0214-RSM

10      v.

11  KING COUNTY, *et al*.,                   ORDER DISMISSING CIVIL RIGHTS
                                             ACTION
12                         Defendants.

13

14      The Court, having reviewed plaintiff's original complaint, plaintiff's amended complaint,

15  the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate

16  Judge, Plaintiff's objections thereto,[1] and the remaining record, hereby finds and ORDERS as

17  follows:

18      (1)    The Report and Recommendation is approved and adopted;

19

20  _____

    [1] In response to the Report and Recommendation, Plaintiff filed a document indicating: "This is
21  Plaintiff's Objection to the Court's Report and Recommendation." Dkt. #17. However, upon
    review, the Plaintiff's filing does not challenge the merits of the Report and Recommendation.
22  Rather, Plaintiff discusses the availability of counsel in this action. *Id.* The Court finds Plaintiff's
    objections nonresponsive to the Report and Recommendation. Nevertheless, the Court has
23  reviewed Judge Theiler's Report and Recommendation "de novo" and finds no error.

    ORDER DISMISSING CIVIL
    RIGHTS ACTION - 1

(2)     This action is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state any claim upon which relief may be granted.  The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g); and

(3)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 16 day of October 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2